IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR81 |
| | ) | |
| JUAN FRANCISCO GOMEZ-SAN JUAN, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

  IT IS ORDERED that the following is set for hearing on **March 30, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

  - Initial Appearance and Arraignment on Indictment

  Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

  DATED this 27th day of March, 2006.

                             BY THE COURT:


                             s/ F.A. Gossett
                             United States Magistrate Judge